IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MARY LEAIRD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. _____ |
| ) | |
| CINTAS CORPORATION NO. 2, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Cintas Corporation No. 2, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, files this Notice of Removal, and provides the following grounds supporting removal:

1. This matter was originally filed in the District Court of Sedgwick County, Kansas on or about March 29, 2020, and was assigned case number 2020-CV-000538-TP, followed by a dismissal of two wrongly named defendants and an amended petition against the proper defendant using the caption above on April 15, 2020.

2. This Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, as amended, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441, in that it is a civil action wherein the matter in controversy exceeds the sum or value of Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs, and the actual and valid controversy is between citizens of different states.

3. The cause of action involves a controversy between citizens of different states:

a.  Plaintiff Mary Leaird is now, and was at the commencement of this action, believed to be a citizen of the State of Kansas, although plaintiff's Petition is silent as to this fact.

b.  Defendant is now, and was at the commencement of this action, incorporated, citizen of, and with its principal place of business in the State of Nevada.

4.  This Notice of Removal is filed within thirty (30) days after receipt by defendant of a copy of plaintiff's Petition, and the time for filing this Notice of Removal under 28 U.S.C. § 1446 has not expired:

a.  Plaintiff Mary Leaird filed her Petition in state court on March 9, 2020.

b.  Plaintiff served the Summons and Petition on Defendants first on March 26, 2020, by certified mail on the three originally named defendants' registered agent Corporation Service Company ("CSC").

c.  Plaintiff dismissed the two wrongly named defendants, and filed the amended petition against the proper defendant, with service accepted by defense counsel via email, on April 15, 2020.

5.  When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action." 28 U.S.C. § 1446(b)(2)(A). Defendant joins in and consents to this removal.

6.  A copy of all process, pleadings and orders served on defendant in the above-captioned matter in the District Court of Sedgwick County, Kansas, are attached hereto as **Exhibit No. 1 and 2**.

7. Pursuant to 28 U.S.C. § 1446(a) and D. Kan. Rule 81.1(c), promptly after filing this Notice of Removal, defendant is filing a copy of this Notice of Removal with the District Court of Sedgwick County, Kansas and providing notice of same to the plaintiff.

WHEREFORE, defendant prays that this Court order this cause removed from the District Court of Sedgwick County, Kansas, to the United States District Court for the District of Kansas, as provided by law, and thereupon proceed with this civil action as if it had originally been commenced in this Court.

WALLACE SAUNDERS, CHARTERED

BY: /s/ Schalie A. Johnson
Schalie A. Johnson   KS 22762
10111 W. 87th Street
Overland Park, KS  66212
(913) 888-1000   FAX (913) 888-1065
sjohnson@wallacesaunders.com

Penny A. Calhoun   KS 25903
200 West Douglas, Suite 400
Wichita, KS 67202
(316) 269-2100 FAX - (316) 269-2479
pcalhoun@wallacesaunders.com

ATTORNEYS FOR DEFENDANT
CINTAS CORPORATION NO. 2

I hereby certify that the above was signed by an attorney of record in this matter and the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following participants, and I hereby certify that I have mailed a copy of the above and foregoing by first class mail, postage prepaid, to the following participants, and a copy was electronically transmitted to the email address listed below on the 20th day of April, 2020.

101866941.v1

Patrick Turner        KS#23437
Richard W. James      KS#19822
DEVAUGHN JAMES
3241 North Toben Street
Wichita, KS 67226
(316) 888-8888    Fax: (316) 425-0414
pturner@devaughnjames.com.com
rjames@devaughnjames.com


_____/s/ Schalie A. Johnson_____
For the Firm

4