ELECTRONICALLY FILED
2020 Mar 09 AM 11:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000538-TP



DeVaughn JAMES INJURY LAWYERS

3241 N. Toben
Wichita, KS  67226
316-977-9999 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| MARY LEAIRD,                                    ) | |
|                                  ) | |
|        Plaintiff,                         ) | |
|                                  ) | |
| v.                                                      )   Case No. | |
|                                  ) | |
| CINTAS CORPORATE SERVICES, INC., ) | |
| CINTAS CORPORATION NO. 2, AND      ) | |
| CINTAS CORPORATION NO. 3               ) | |
|           Defendants.                     ) | |

PURSUANT TO CHAPTER 60 OF K.S.A.

## PETITION

      Plaintiff, Mary Leaird, by and through the attorneys of record, Patrick Turner and Richard

W. James of DeVaughn James Injury Lawyers and asserts the following in support of the Petition

against Defendants, Cintas Corporate Services, Inc., Cintas Corporation No. 2, and Cintas

Corporation No. 3:

    1.     Plaintiff, Mary Leaird, is a resident of Harvey County, Kansas.

    2.     Defendant, Cintas Corporate Services, Inc. is a foreign for-profit corporation

           organized existing and doing business under and by virtue of the laws of the state

           of Ohio. It may be served thorought its registerd agent, Corporation Service

           Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

1



EXHIBIT
1

3.      Defendant, Cintas Corporation No. 2 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

4.      Defendant, Cintas Corporation No. 3 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

5.      On or about April 3, 2018, in Sedgwick County, Kansas, an employee or agent of Defendants created a hazardous condition at Omni Aerospace Inc., 3130 W. Pawnee St. Wichita, Kansas 67213.  This hazardous condition included a rolled floor mat outside of a breakroom's entry and exit way causing a tripping hazard.

6.      As a result of the negligence of the Defendants, Plaintiff tripped and fell and sustained severe personal injuries.  Such injuries are believed to be permanent, continuing and ongoing and will be designated at the time of trial through medical testimony and expert opinion.

7.      At all times relevant herein, Defendants' employees and/or agents were operating in the course and scope of their employment with Defendants.

8.      Based upon principles of respondent superior and vicarious liability, Defendants are responsible for the negligent acts of their employees.

9.      As a result of the personal injuries sustained by the Plaintiff as a result of the negligence of the Defendants, Plaintiff has incurred both economic and non-economic damages.  Specifically, Plaintiff was forced to seek medical attention and

2

it is reasonably calculated that Plaintiff will be forced to seek medical attention in the future; has been forced to endure pain and suffering and will reasonably have pain and suffering in the future; has been forced to endure emotional distress and it is reasonably calculated that Plaintiff will be forced to endure emotional distress in the future; has been forced to suffer other damages as provided for and under the laws of the State of Kansas.

WHEREFORE, Plaintiff requests judgment against Defendants for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

ELECTRONICALLY FILED
2020 Apr 15 PM 3:51
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000538-TP



**Court:**          Sedgwick County District Court

**Case Number:**    2020-CV-000538-TP

**Case Title:**     Mary Leaird vs. Cintas Corporate Services, Inc.,
                    et al.

**Type:**           Notice of Dismissal of Defendants Cintas
                    Corporation Services, Inc and Cintas Co


Case Dismissed Pursuant to K.S.A. 60-241 as to
Cintas Corporate Services Inc and Cintas
Corporation No. 3 Only


SO ORDERED.

*B.D. Lumbreras*
Bernadine D. Lumbreras

/s/ Clerk of District Court


Electronically signed on 2020-04-15 15:51:13    page 1 of 3

**IN THE EIGHTEENTH JUDICIAL DISTRICT**
**DISTRICT COURT, SEDGWICK COUNTY, KANSAS**
**CIVIL DEPARTMENT**

MARY LEAIRD,

        Plaintiff,

v.                              Case No: 2020-CV-000538-TP

CINTAS CORPORATE SERVICES, INC.,
CINTAS CORPORATION NO. 2, AND
CINTAS CORPORATION NO. 3,

        Defendants.

## NOTICE OF DISMISSAL OF DEFENDANTS CINTAS CORPORATE SERVICES, INC AND CINTAS CORPORATION NO. 3 WITHOUT PREJUDICE

The Plaintiff, Mary Leaird, by and through her undersigned counsel, and pursuant to K.S.A. § 60-241(a)(1)(A)(i), hereby provides notice that all claims asserted against Defendants Cintas Corporate Services, Inc., and Cintas Corporation No. 3 in the above captioned case be dismissed **WITHOUT PREJUDICE**.  Plaintiff filed her Petition on March 9, 2020, and obtained proper service of process on Defendants Cintas Corporate Services, Inc., and Cintas Corporation No. 3 pursuant to K.S.A. § 60-304 on March 26, 2020.  No Defendant has filed an Answer.

**Defendant Cintas Corporation No. 2 remains a party in this action.**

***Reminder of page intentionally left blank. Signature page on Page 2.**

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

ELECTRONICALLY FILED
2020 Apr 15 PM 3:19
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000538-TP



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

### IN THE EIGHTEENTH JUDICIAL DISTRICT
### DISTRICT COURT, SEDGWICK COUNTY, KANSAS
### CIVIL DEPARTMENT

MARY LEAIRD,

        Plaintiff,

v.

    Case No: 2020-CV-000538-TP

CINTAS CORPORATION NO. 2,

        Defendant.

PURSUANT TO CHAPTER 60 OF K.S.A.

## AMENDED PETITION

Plaintiff, Mary Leaird, by and through the attorneys of record, Patrick Turner and Richard W. James of DeVaughn James Injury Lawyers and asserts the following in support of the Petition against Defendant, Cintas Corporation No. 2:

1. Plaintiff, Mary Leaird, is a resident of Harvey County, Kansas.

2. Defendant, Cintas Corporation No. 2 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

3. On or about April 3, 2018, in Sedgwick County, Kansas, an employee or agent of Defendants created a hazardous condition at Omni Aerospace Inc., 3130 W.

1

Pawnee St. Wichita, Kansas 67213. This hazardous condition included a rolled floor mat outside of a breakroom's entry and exit way causing a tripping hazard.

4. As a result of the negligence of the Defendant, Plaintiff tripped and fell and sustained severe personal injuries. Such injuries are believed to be permanent, continuing and ongoing and will be designated at the time of trial through medical testimony and expert opinion.

5. At all times relevant herein, Defendant's employees and/or agents were operating in the course and scope of their employment with Defendant.

6. Based upon principles of respondent superior and vicarious liability, Defendant is responsible for the negligent acts of its employees.

7. As a result of the personal injuries sustained by the Plaintiff as a result of the negligence of the Defendant, Plaintiff has incurred both economic and non-economic damages. Specifically, Plaintiff was forced to seek medical attention and it is reasonably calculated that Plaintiff will be forced to seek medical attention in the future; has been forced to endure pain and suffering and will reasonably have pain and suffering in the future; has been forced to endure emotional distress and it is reasonably calculated that Plaintiff will be forced to endure emotional distress in the future; has been forced to suffer other damages as provided for and under the laws of the State of Kansas.

WHEREFORE, Plaintiff requests judgment against Defendant for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

3



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 21342261**
**Date Processed: 03/27/2020**

| | |
|---|---|
| **Primary Contact:** | Jennifer Moore<br>Cintas Corporation<br>6800 Cintas Blvd.<br>Mason, OH 45040 |

| | |
|---|---|
| **Entity:** | Cintas Corporation No. 2<br>Entity ID Number  3171939 |
| **Entity Served:** | Cintas Corporation No. 2 |
| **Title of Action:** | Mary Leaird vs. Cintas Corporate Services, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Sedgwick County District Court, KS |
| **Case/Reference No:** | 2020-CV-000538-TP |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 03/26/2020 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Patrick A. Turner<br>316-977-9999 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**ELECTRONICALLY FILED**
2020 Mar 09 AM 11:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000538-TP

Mary Leaird

vs.

Cintas Corporate Services, Inc. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

**Cintas Corporation No. 2**

**Corporation Service Company**

**2900 S.W. Wanamaker Drive Suite 204**

**Topeka, KS  66614**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your
answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Patrick A. Turner

3241 N Toben

Wichita, KS 67226

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 03/09/2020 02:10:50 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2020 Mar 09 AM 11:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000538-TP



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

MARY LEAIRD,                          )
                                      )
            Plaintiff,                )
                                      )
v.                                    )        Case No.
                                      )
CINTAS CORPORATE SERVICES, INC.,      )
CINTAS CORPORATION NO. 2, AND         )
CINTAS CORPORATION NO. 3              )
            Defendants.               )
_____)

PURSUANT TO CHAPTER 60 OF K.S.A.

## PETITION

Plaintiff, Mary Leaird, by and through the attorneys of record, Patrick Turner and Richard

W. James of DeVaughn James Injury Lawyers and asserts the following in support of the Petition

against Defendants, Cintas Corporate Services, Inc., Cintas Corporation No. 2, and Cintas

Corporation No. 3:

1.   Plaintiff, Mary Leaird, is a resident of Harvey County, Kansas.

2.   Defendant, Cintas Corporate Services, Inc. is a foreign for-profit corporation

     organized existing and doing business under and by virtue of the laws of the state

     of Ohio. It may be served thorught its registerd agent, Corporation Service

     Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

1

3.    Defendant, Cintas Corporation No. 2 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

4.    Defendant, Cintas Corporation No. 3 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

5.    On or about April 3, 2018, in Sedgwick County, Kansas, an employee or agent of Defendants created a hazardous condition at Omni Aerospace Inc., 3130 W. Pawnee St. Wichita, Kansas 67213.  This hazardous condition included a rolled floor mat outside of a breakroom's entry and exit way causing a tripping hazard.

6.    As a result of the negligence of the Defendants, Plaintiff tripped and fell and sustained severe personal injuries.  Such injuries are believed to be permanent, continuing and ongoing and will be designated at the time of trial through medical testimony and expert opinion.

7.    At all times relevant herein, Defendants' employees and/or agents were operating in the course and scope of their employment with Defendants.

8.    Based upon principles of respondent superior and vicarious liability, Defendants are responsible for the negligent acts of their employees.

9.    As a result of the personal injuries sustained by the Plaintiff as a result of the negligence of the Defendants, Plaintiff has incurred both economic and non-economic damages.  Specifically, Plaintiff was forced to seek medical attention and

it is reasonably calculated that Plaintiff will be forced to seek medical attention in the future; has been forced to endure pain and suffering and will reasonably have pain and suffering in the future; has been forced to endure emotional distress and it is reasonably calculated that Plaintiff will be forced to endure emotional distress in the future; has been forced to suffer other damages as provided for and under the laws of the State of Kansas.

WHEREFORE, Plaintiff requests judgment against Defendants for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*





Corporation Service Company
Cintas Corporation No. 2
2400 SW. Wanemaker Suite 204
   Topeka, Kansas 66614



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 21342302**
**Date Processed: 03/27/2020**

**Primary Contact:**      Jennifer Moore
                         Cintas Corporation
                         6800 Cintas Blvd.
                         Mason, OH 45040

| | |
|---|---|
| **Entity:** | Cintas Corporation No. 3 |
| | Entity ID Number  3171938 |
| **Entity Served:** | Cintas Corporation No. 3 |
| **Title of Action:** | Mary Leaird vs. Cintas Corporate Services, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Sedgwick County District Court, KS |
| **Case/Reference No:** | 2020-CV-000538-TP |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 03/26/2020 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Patrick A. Turner |
| | 316-977-9999 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

ELECTRONICALLY FILED
2020 Mar 09 AM 11:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000538-TP

Mary Leaird

vs.

Cintas Corporate Services, Inc. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

> Cintas Corporation No. 3
> Corporation Service Company
> 2900 S.W. Wanamaker Drive Suite 204
> Topeka, KS  66614

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

> Patrick A. Turner
> 3241 N Toben
> Wichita, KS 67226

within 21 days after service of summons on you.



Bernadine D. Lumbreras

Clerk of the District Court

Electronically signed  on 03/09/2020 02:10:50 PM

**Documents to be served with the Summons:**

PLE: Petition Petition

ELECTRONICALLY FILED
2020 Mar 09 AM 11:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000538-TP



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| MARY LEAIRD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )     Case No. |
| | ) |
| CINTAS CORPORATE SERVICES, INC., | ) |
| CINTAS CORPORATION NO. 2, AND | ) |
| CINTAS CORPORATION NO. 3 | ) |
| Defendants. | ) |
| | ) |

PURSUANT TO CHAPTER 60 OF K.S.A.

## PETITION

Plaintiff, Mary Leaird, by and through the attorneys of record, Patrick Turner and Richard

W. James of DeVaughn James Injury Lawyers and asserts the following in support of the Petition

against Defendants, Cintas Corporate Services, Inc., Cintas Corporation No. 2, and Cintas

Corporation No. 3:

1.     Plaintiff, Mary Leaird, is a resident of Harvey County, Kansas.

2.     Defendant, Cintas Corporate Services, Inc. is a foreign for-profit corporation

organized existing and doing business under and by virtue of the laws of the state

of Ohio. It may be served thorought its registerd agent, Corporation Service

Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

3.   Defendant, Cintas Corporation No. 2 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

4.   Defendant, Cintas Corporation No. 3 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

5.   On or about April 3, 2018, in Sedgwick County, Kansas, an employee or agent of Defendants created a hazardous condition at Omni Aerospace Inc., 3130 W. Pawnee St. Wichita, Kansas 67213.  This hazardous condition included a rolled floor mat outside of a breakroom's entry and exit way causing a tripping hazard.

6.   As a result of the negligence of the Defendants, Plaintiff tripped and fell and sustained severe personal injuries.  Such injuries are believed to be permanent, continuing and ongoing and will be designated at the time of trial through medical testimony and expert opinion.

7.   At all times relevant herein, Defendants' employees and/or agents were operating in the course and scope of their employment with Defendants.

8.   Based upon principles of respondent superior and vicarious liability, Defendants are responsible for the negligent acts of their employees.

9.   As a result of the personal injuries sustained by the Plaintiff as a result of the negligence of the Defendants, Plaintiff has incurred both economic and non-economic damages.  Specifically, Plaintiff was forced to seek medical attention and

2

it is reasonably calculated that Plaintiff will be forced to seek medical attention in the future; has been forced to endure pain and suffering and will reasonably have pain and suffering in the future; has been forced to endure emotional distress and it is reasonably calculated that Plaintiff will be forced to endure emotional distress in the future; has been forced to suffer other damages as provided for and under the laws of the State of Kansas.

WHEREFORE, Plaintiff requests judgment against Defendants for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

3





Corporation Service Company
Cintas Corporation No. 3
2900 Wanamaker Suite 204
Topeka, Kansas 66614



# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Jennifer Moore<br>Cintas Corporation<br>6800 Cintas Blvd.<br>Mason, OH 45040 |

| | |
|---|---|
| **Entity:** | Cintas Corporate Services, Inc.<br>Entity ID Number  3171935 |
| **Entity Served:** | Cintas Corporate Services, Inc. |
| **Title of Action:** | Mary Leaird vs. Cintas Corporate Services, Inc. |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Sedgwick County District Court, KS |
| **Case/Reference No:** | 2020-CV-000538-TP |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 03/26/2020 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Patrick A. Turner<br>316-977-9999 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**ELECTRONICALLY FILED**
2020 Mar 09 AM 11:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER:  2020-CV-000538-TP

Mary Leaird

vs.

Cintas Corporate Services, Inc. et. al.

**SUMMONS**

To the above-named Defendant/Respondent:

                 **Cintas Corporate Services, Inc.**

                 **Corporation Service Company**

                 **2900 S.W. Wanamaker Drive Suite 204**

                 **Topeka, KS  66614**

You are hereby notified that an action has been commenced against you in this court.  You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

                 Patrick A. Turner

                 3241 N Toben

                 Wichita, KS 67226

within 21 days after service of summons on you.



Bernadine D. Lumbrens

Clerk of the District Court
Electronically signed  on 03/09/2020 02:10:50 PM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2020 Mar 09 AM 11:29
CLERK OF THE SEDGWICK COUNTY DISTRICT COURT
CASE NUMBER: 2020-CV-000538-TP



3241 N. Toben
Wichita, KS 67226
316-977-9999 [t]
316-425-0414 [f]

IN THE EIGHTEENTH JUDICIAL DISTRICT
DISTRICT COURT, SEDGWICK COUNTY, KANSAS
CIVIL DEPARTMENT

MARY LEAIRD,                                          )
                                                     )
                    Plaintiff,                       )
                                                     )
v.                                                   )     Case No.
                                                     )
CINTAS CORPORATE SERVICES, INC.,                     )
CINTAS CORPORATION NO. 2, AND                        )
CINTAS CORPORATION NO. 3                             )
                    Defendants.                      )
_____)

PURSUANT TO CHAPTER 60 OF K.S.A.

## PETITION

Plaintiff, Mary Leaird, by and through the attorneys of record, Patrick Turner and Richard

W. James of DeVaughn James Injury Lawyers and asserts the following in support of the Petition

against Defendants, Cintas Corporate Services, Inc., Cintas Corporation No. 2, and Cintas

Corporation No. 3:

1.    Plaintiff, Mary Leaird, is a resident of Harvey County, Kansas.

2.    Defendant, Cintas Corporate Services, Inc. is a foreign for-profit corporation

      organized existing and doing business under and by virtue of the laws of the state

      of Ohio. It may be served thorught its registerd agent, Corporation Service

      Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

1

3.    Defendant, Cintas Corporation No. 2 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

4.    Defendant, Cintas Corporation No. 3 is a foreign for-profit corporation organized existing and doing business under and by virtue of the laws of the state of Nevada. It may be served thorught its registerd agent, Corporation Service Company, 2900 S.W. Wanamaker Drive Suite 204, Topeka, Kansas 66614.

5.    On or about April 3, 2018, in Sedgwick County, Kansas, an employee or agent of Defendants created a hazardous condition at Omni Aerospace Inc., 3130 W. Pawnee St. Wichita, Kansas 67213.  This hazardous condition included a rolled floor mat outside of a breakroom's entry and exit way causing a tripping hazard.

6.    As a result of the negligence of the Defendants, Plaintiff tripped and fell and sustained severe personal injuries.  Such injuries are believed to be permanent, continuing and ongoing and will be designated at the time of trial through medical testimony and expert opinion.

7.    At all times relevant herein, Defendants' employees and/or agents were operating in the course and scope of their employment with Defendants.

8.    Based upon principles of respondent superior and vicarious liability, Defendants are responsible for the negligent acts of their employees.

9.    As a result of the personal injuries sustained by the Plaintiff as a result of the negligence of the Defendants, Plaintiff has incurred both economic and non-economic damages.  Specifically, Plaintiff was forced to seek medical attention and

2

it is reasonably calculated that Plaintiff will be forced to seek medical attention in the future; has been forced to endure pain and suffering and will reasonably have pain and suffering in the future; has been forced to endure emotional distress and it is reasonably calculated that Plaintiff will be forced to endure emotional distress in the future; has been forced to suffer other damages as provided for and under the laws of the State of Kansas.

WHEREFORE, Plaintiff requests judgment against Defendants for an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00), together with the costs incurred herein and for such other and any further relief this Court deems fair, just and equitable.

Respectfully submitted,

DeVaughn James Injury Lawyers

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

## DEMAND FOR JURY TRIAL

Plaintiff requests a jury trial of twelve (12) persons on all issues so triable.

By: /s/ Patrick A. Turner
Patrick A. Turner, #23437
Richard W. James, #19822
pturner@devaughnjames.com
rjames@devaughnjames.com
*Attorneys for Plaintiff*

3





Corporation Service Company
Cintas Corporate Services, Inc.
2900 SW Wanamaker Suite 204
   Topeka, Kansas 66614